# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MICHELLE D., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:19-CV-00606-MAT <br><br><br> ORDER |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will reconsider the medical expert testimony and whether Plaintiff meets or equals Listing 3.02; if necessary, reconsider Plaintiff's residual functional capacity; if necessary, obtain evidence from a vocational expert and determine whether there is other work that Plaintiff can perform; and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Page 1     ORDER - [2:19-CV-00606-MAT]

DATED this 5th day of September, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov